IN THE DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
FIFTH DISTRICT

NOT FINAL UNTIL TIME EXPIRES TO
FILE MOTION FOR REHEARING AND
DISPOSITION THEREOF IF FILED

IBRAHIM GARCIA-HERNANDEZ,

      Appellant,

 v.

                                 Case No.  5D22-140
                                 LT Case No. 2017-CF-026321-A

STATE OF FLORIDA,

      Appellee.

_____/

Decision filed March 7, 2023

Appeal from the Circuit Court
for Brevard County,
David C. Koenig, Judge.

Matthew J. Metz, Public Defender,
and Robert Jackson Pearce, III,
Assistant Public Defender, Daytona
Beach, for Appellant.

Ashley Moody, Attorney General,
Tallahassee, and Allison L. Morris,
Assistant Attorney General, Daytona
Beach, for Appellee.


PER CURIAM.

      AFFIRMED.


LAMBERT, C.J., WALLIS and EDWARDS, JJ., concur.